```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00042 LJO-SKO |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |
| v. | |
| ROBERT SANCHEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Jeremy Kroger, attorney for Robert Sanchez, that the status conference set for May 21, 2012 at 1:00 pm be continued to June 4, 2012 at 1:00 pm. The undersigned Assistant U.S. Attorney has a family crisis for which she needs to travel out of state and will not be available on May 21, 2012. The parties had agreed upon a date of May 29, 2012, but due to the Court's calendar, the next available date for the status conference was June 4, 2012. The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by

1

such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: May 4, 2012                    Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                By    /s/ Kimberly A. Sanchez
                                      KIMBERLY A. SANCHEZ
                                      Assistant U.S. Attorney

Dated: May 4, 2012                    /s/ Jeremy Kroger
                                      JEREMY KROGER
                                      Attorney for Robert Sanchez

**ORDER**

IT IS SO ORDERED.

**Dated:   May 4, 2012**                    **/s/ Sheila K. Oberto**
                                      UNITED STATES MAGISTRATE JUDGE